454 A.2d 180

Commonwealth v. Sitkin, Appellant.

Petition for Allowance of Appeal
Denied May 4, 1983.

Argued October 27, 1982. Thomas I. Puleo, for appellant; Gail Thackeray, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.